**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VANESSA PEÑA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2139** |
| | : | |
| **OLIVER HEALTHCARE PACKAGING** | : | |
| **COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 15th day of April, 2026, upon consideration of Plaintiff Vanessa Peña's

Motion to Proceed *In Forma Pauperis* (ECF No. 6), and *pro se* Complaint (ECF No. 2) it is

**ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ John Milton Younge*
**JOHN MILTON YOUNGE, J.**